IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANICE MARIE AMBROSE, | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO. 3-08-0198 |
| | ) JURY DEMAND |
| WAL-MART STORES EAST, L.P., | ) |
| Defendant. | ) |

## ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE

It appears to the Court that Wal-Mart Stores East, L.P. ("Wal-Mart") has moved this Court by Motion to reschedule the May 2, 2008 initial case management conference in this matter due to Wal-Mart's lead counsel out-of-state deposition scheduled on the same date in Burlington, North Carolina. The Court finds that Wal-Mart's Motion is well taken and grants same accordingly.

**IT IS THEREFORE ORDERED** that Wal-Mart's Motion to reschedule the initial case management conference is hereby granted and that the initial case management conference in this matter is rescheduled to the 12th day of May, 2008. at 1:00 p.m.

**IT IS SO ORDERED** this 19th day of March, 2008.

ALETA A. TRAUGER
U.S. DISTRICT JUDGE